UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Randal Fritz

    v.                                      Civil No. 06-cv-469-PB

Kenneth Brown and
Katharine Daly

**O R D E R**

Discovery is stayed until a ruling on the pending motion to dismiss, particularly as it relates to qualified immunity. If the motion is denied the parties should promptly file new proposed plans.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: March 30, 2007

cc:   Pierre C. Rumpf, Esq.
      Nancy J. Smith, Esq.
      Paula J. Werme, Esq.