```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Randal Fritz**

    v.                           Case No. 06-cv-469-PB

**Kenneth Brown and Kathryn Daly**


**O R D E R**

Defendants seek permission to file an interlocutory appeal challenging my ruling that they are not entitled to summary judgment with respect to their Mt. Healthy defense.  Although I welcome any guidance that the Court of Appeals may wish to provide with respect to this issue, I cannot grant the motion because the issue does not present "one or more difficult and pivotal questions of law not settled by controlling authority." Caraballo-Seda v. Municipality of Hormigueros, 395 F.3d 7, 8 (1st Cir. 2005)(quoting Palandjian v. Pahlavi, 782 F.2d 313, 314 (1st Cir. 1986)).

Defendants' motion for order certifying a question for interlocutory appeal under 28 U.S.C. § 1292(b) (Doc. No. 109) is denied.

```
     SO ORDERED.


                                    /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge

August 27, 2009

cc:  Pierre Rumpf, Esq.
     Paula Werme, Esq.
     Nancy J. Smith, Esq.
```